

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-8029 |
| Originating Case Number: | 20-R017 |
| Case Title: | Hasson v. Commodity Futures Trading Commission |

Dear Petitioner(s)/Counsel

Your petition for review has been opened in the United States Court of Appeals for the Ninth Circuit and the docket number shown above has been assigned to this case. You must indicate this docket number in every communication and filing you submit to the court about this case.

You are the petitioner(s) in this court because you filed the petition for review. You must file an opening brief, and you may file a reply brief after the government files their answering brief. The brief due dates are listed in the attached Briefing Schedule. These dates can be extended only by court order.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Petitioners who are filing pro se should refer to the accompanying information packet regarding the filing of informal briefs.**



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

## BRIEFING SCHEDULE

| | |
|---|---|
| Docket Number: | 25-8029 |
| Originating Case Number: | 20-R017 |
| Case Title: | Hasson v. Commodity Futures Trading Commission |

**Thursday, March 12, 2026**

Haskia Hasson                                                                 Petitioner Opening Brief due

**Sunday, April 12, 2026**

Commodity Futures Trading Commission            Respondent Answering Brief due

Optional Reply Brief due 21 days after service of Answering Brief.

Mediation Questionnaire is available [here](#). More information about the Mediation Program is available [here](#).

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* 9th Cir. R. 42-1.